Mathew K. Higbee, Esq., SBN 42755
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8352
(714) 597-6729 facsimile
Email: mhigbee@higbeeassociates.com

Attorney for Plaintiff,
MICHEL KECK

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHEL KECK, an individual, | Case No. 2:17-cv-01671-JLR |
| Plaintiff, | |
| v. | **MOTION AND [PROPOSED]** |
| LITB INC. d/b/a www.lightinthebox.com, a Washington corporation; and, DOES 1 through 50 inclusive, | **ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSIVE MOTION** |
| Defendants. | |

WHEREAS, Plaintiff Michel Keck ("Plaintiff") filed her complaint on November 7, 2017 naming as defendants LITB INC. d/b/a www.lightinthebox.com and DOES 1 through 50 (collectively "Defendants") (Dkt. #1);

WHEREAS, pursuant to Defendants' timely waiver of service, the time for Defendants to answer or otherwise move in response to the complaint is January 26, 2018;

WHEREAS, counsel for Plaintiff has been in communication with counsel for Defendants to discuss settlement and the parties have agreed to extend the time for Defendants to answer or otherwise respond to the complaint for two additional weeks in light of these discussions;

NOW, THEREFORE, pursuant to the parties' agreement, Plaintiff respectfully moves the Court to extend the time for the Defendants to answer or otherwise move in response to the complaint to February 9, 2018.

DATED: January 23, 2017        HIGBEE & ASSOCIATES

By:  /s/ *Mathew K. Higbee*

Mathew K. Higbee, Esq.,
Washington Bar No. 42755
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8352
(714) 597-6729 facsimile
Email: mhigbee@higbeeassociates.com
*Counsel for Plaintiff*

# [~~PROPOSED~~] ORDER

IT IS SO ORDERED that the deadline for the Defendants to answer or otherwise move in response to Plaintiff's complaint shall be February 9, 2018.

DATED: __1 February__, 2018

_____
JAMES L. ROBART
DISTRICT JUDGE

# PROOF OF SERVICE

I am employed in the County of Orange, State of California; I am over the age of 18 and not a party to the within action; my business address is 1504 Brookhollow Dr., Ste 112, Santa Ana, California, 92705

On January 23, 2018, I served the foregoing document(s) described as:

**MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSIVE MOTION**

X   (BY EMAIL) I caused such documents to be delivered via electronic mail to the email addresses for counsel as follows:

**Harrison "Buzz" Frahn** <hfrahn@stblaw.com>
**Michael H. Joshi** <Michael.Joshi@stblaw.com>
*Counsel for Defendant LITB Inc.*

(BY MAIL) I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid and addressed to the person below:

(BY PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid, to the person(s) at the address(es) set forth below:

(BY EXPRESS MAIL) I deposited such envelope on the parties in said action via FEDEX STANDARD OVERNIGHT by placing a copy in a sealed envelope, postage pre-paid and depositing in a FedEx box at Santa Ana, California to the person(s) below:

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 23, 2018, at Santa Ana, California.

*/s/ Ryan E. Carreon*
Ryan E. Carreon