Mathew K. Higbee, Esq., SBN 42755
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8352
(714) 597-6729 facsimile
Email: mhigbee@higbeeassociates.com

Attorney for Plaintiff,
MICHEL KECK,

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

MICHEL KECK, an individual,

        Plaintiff,

        v.

LITB INC. d/b/a www.lightinthebox.com, a
Washington corporation; and, DOES 1 through 50
inclusive,

        Defendants.

Case No. 2:17-cv-01671-JLR

**MOTION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSIVE MOTION**



1   WHEREAS, Plaintiff Michel Keck ("Plaintiff") filed its complaint on November 7, 2017

2   naming as defendants LITB INC. d/b/a www.lightinthebox.com and DOES 1 through 50

3   (collectively "Defendants") (D.I. 1);

4   WHEREAS, pursuant to this Court's previous Order (Dkt. #6), the time for Defendants to

5   answer or otherwise move in response to the complaint is February 9, 2018;

6   WHEREAS, counsel for Plaintiff has been in communication with counsel for

7   Defendants to discuss settlement and the parties have agreed to an additional extension of time

8   for Defendants to answer or otherwise respond to the complaint for 30 days in light of these

9   discussions;

10   WHEREAS, counsel for Plaintiff does not intend to agree to any additional extensions;

11   NOW, THEREFORE, pursuant to the parties' agreement, Plaintiff respectfully moves the

12   Court to extend the time for the Defendants to answer or otherwise move in response to the

13   complaint to March 12, 2018.

14   DATED: February 7, 2017                    HIGBEE & ASSOCIATES

15

16                                              By:   /s/ *Mathew K. Higbee*

17                                                    Mathew K. Higbee, Esq.,
                                                      Washington Bar No. 42755
18                                                    1504 Brookhollow Dr., Suite 112
                                                      Santa Ana, CA 92705
19                                                    (714) 617-8352
                                                      (714) 597-6729 facsimile
20                                                    Email: mhigbee@higbeeassociates.com
21                                                    *Counsel for Plaintiff*

22

23

24

25

26

27

28

1

## [PROPOSED] ORDER

2      IT IS SO ORDERED that the deadline for the Defendants to answer or otherwise move in

3   response to Plaintiff's complaint shall be March 12, 2018.   No further extensions will

4   be granted.   JLR

5   DATED: 11 Feb. , 2018

6

7

8                                                  JAMES L. ROBART
                                                   DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## PROOF OF SERVICE

3       I am employed in the County of Orange, State of California; I am over the
age of 18 and not a party to the within action; my business address is 1504
4   Brookhollow Dr., Ste 112, Santa Ana, California, 92705

5
        On February 7, 2018, I served the foregoing document(s) described as:
6

7   **MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE
ANSWER OR OTHER RESPONSIVE MOTION**

8

9   X       (BY EMAIL) I caused such documents to be delivered via electronic mail to
the email addresses for counsel as follows:
10

11      **Harrison "Buzz" Frahn** <hfrahn@stblaw.com>
        **Michael H. Joshi** <Michael.Joshi@stblaw.com>
12      *Counsel for Defendant LITB Inc.*

13
        (BY MAIL) I deposited such envelope in the mail at Santa Ana, California.
14  The envelope was mailed with postage thereon fully prepaid and addressed to the
15  person below:

16       (BY PERSONAL SERVICE) by causing a true and correct copy of the
17  above documents to be hand delivered in sealed envelope(s) with all fees fully paid
to the person(s) at the address(es) set forth below:
18

19       (BY EXPRESS MAIL) I deposited such envelope on the parties in said
action via FEDEX STANDARD OVERNIGHT by placing a copy in a sealed
20  envelope, postage pre-paid and depositing in a FedEx box at Santa Ana, California
21  to the person(s) below:

22

23       I certify under penalty of perjury under the laws of the United States that the
foregoing is true and correct. Executed on February 7, 2018, at Santa Ana,
24  California.

25
                                           */s/ Ryan E. Carreon*
26                                         Ryan E. Carreon

27

28